Oh My God, it's sober. That's mad. Oh, what in the name of God, what in the name of God? Are you isn't it God?  Look, Hold on. Look, I can hear you I can hear you if you want to. Let's not lose our negative composure.  how would you like to face Jesus, How would you like to face Jesus?  You